RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for David Owen Ivar

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID OWEN IVAR,<br><br>Defendant. | Case No. 2:21-cr-00302-GMN-DJA<br><br>**STIPULATION TO DISMISS AND VACATE REVOCATION HEARING** |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Attorney General, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for David Owen Ivar, that the Revocation Hearing currently scheduled on October 13, 2026, be vacated and the supervised release be terminated.

This Stipulation is entered into for the following reasons:

1. On June 8, 2026, a Petition to Revoke Mr. Ivar's supervised release was filed. Mr. Ivar was released on the same conditions and appeared before this Court for his revocation hearing on July 8, 2026. At that hearing, the Court held the Petition in abeyance for 3 months to allow Mr. Ivar to come into compliance and stayed the drug testing condition. If Mr. Ivar

complied with his conditions, the Court instructed the parties to file a stipulation by October 8, 2026 to dismiss the petition and terminate Mr. Ivar's supervision.

2. To date, Mr. Ivar has remained in compliance will all his conditions. His supervising Probation Officer Brianna King has confirmed no additional violations.

3. Consistent with the Court's order, the parties request that the Petition (ECF No. 244) be dismissed, the hearing set for October 13, 2026 be vacated and Mr. Ivar's term of supervised release be terminated.

4. The parties agree.

DATED this 29th day of September, 2026.

RENE L. VALLADARES
Federal Public Defender

By */s/ Heidi A. Ojeda*
HEIDI A. OJEDA
Assistant Federal Public Defender

TODD BLANCHE
Attorney General

By */s/ Joshua Brister*
JOSHUA BRISTER
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DAVID OWEN IVAR,<br>Defendant. | Case No. 2:21-cr-00302-GMN-DJA<br>**ORDER** |

IT IS THEREFORE ORDERED that the Petition (ECF No. 244) be dismissed, the hearing set for October 13, 2026 be vacated and Mr. Ivar's term of supervised release be terminated.

DATED this 29 day of September, 2026.

______________________________

UNITED STATES DISTRICT JUDGE